UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO.: 2:19-cr-153-FtM-38NPM

ANCELOT SIMILIEN

### ORDER[1]

Before the Court is Defendant Ancelot Similien's Emergency Motion to Delay Self-Surrender (Doc. 56). Similien pled guilty to four counts of Assisting in the Preparation of False Tax Returns in violation of 26 U.S.C. § 7206(2) and was sentenced to 22 months imprisonment. The Bureau of Prisons directed Similien to surrender himself to FCI Miami at 2:00 p.m. on August 11, 2020. Similien filed the Emergency Motion at approximately 11:00 a.m. on August 11, 2020, requesting indefinite postponement of his self-surrender date due to anxiety attacks he suffered after learning that staff and inmates at FCI Miami have tested positive for COVID-19. Similien did not provide any legal authority to support his request, and his counsel was unable to confer with the Government's attorney about the Motion. The Court does not find good cause to grant Similien's Motion.

Accordingly, it is now

**ORDERED:**

Defendant Ancelot Similien's Emergency Motion to Delay Self-Surrender (Doc. 56) is **DENIED**.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**DONE AND ORDERED** in Fort Myers, Florida on this 11th day of August 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record